## [No. 1745.]

### JAMES BRIDGES v. THE STATE.

PRACTICE IN THE COURT OF APPEALS — INDICTMENT.— Convictions cannot be sustained in this court upon transcripts which bring up no indictment.

APPEAL from the District Court of Houston. Tried below before the Hon. F. A. Williams.

The verdict of the jury finds the defendant guilty of an assault with intent to murder, and awards him a term of two years in the penitentiary.

The opinion discloses the case.

*J. M. Maxcy*, for the appellant.

*J. H. Burts*, Assistant Attorney General, for the State.

WILLSON, JUDGE. There being no indictment in the record before us in this case, there is no support for the judgment of conviction. (*Turner* v. *The State*, 16 Texas Ct. App., 318; *Pierce* v. *The State*, 14 Texas Ct. App., 365; *Beardall* v. *The State*, 4 Texas Ct. App., 631.)

The judgment is reversed and the cause is remanded.

*Reversed and remanded.*

[Opinion delivered February 18, 1885.]